UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DENNIS KEHLER, et al., <br> individually and on behalf of other similarly <br> situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-2486-JWB |
| JONATHAN MOEHRING, et al., <br> individually and on behalf of other similarly <br> situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-2506-JWB |
| RHONDA L. BLANN, <br> individually and on behalf of other similarly <br> situated persons, <br><br> Plaintiff, | ) ) ) ) ) ) | |

1

| | | |
|---|---|---|
| v. | ) | Case No. 20-2527-JWB |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| KRISTEN CONE, | ) | |
| individually and as personal representative of the | ) | |
| estate of James F. Cone, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RICHARD EVANS, et al., | ) | |
| individually and on behalf of other similarly | ) | |
| situated persons, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-2543-JWB |
| | ) | |
| NATIONSTAR MORTGAGE, LLC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| HEATHER FORD, et al., | ) | |
| individually and on behalf of other similarly | ) | |
| situated persons, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-2553-JWB |
| | ) | |
| FIDELITY BANK, N.A., | ) | |
| | ) | |

|  |  |
|---|---|
| Defendant. ) | |
| _____) | |
| | |
| RONALD McLANE, ) | |
| individually and on behalf of other similarly ) | |
| situated persons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-2554-JWB |
| ) | |
| THE BANK OF NEW YORK MELLON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| | |
| KEITH MORTON, ) | |
| individually and on behalf of other similarly ) | |
| situated persons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-2556-JWB |
| ) | |
| CITIMORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

Each of the seven cases captioned above are proposed class actions by plaintiffs asserting fraudulent and deceptive practices related to how they redeemed their homes after a foreclosure. The cases all have been assigned to U.S. District Judge John W. Broomes

3

and the undersigned U.S. Magistrate Judge, James P. O'Hara.  Although the cases have distinct plaintiffs and defendants, plaintiffs in all seven ask the court to certify a class on the same legal and factual theories.  In addition, there is some overlap of counsel between the cases: plaintiffs in each case are represented by the same law firms, and defendants in three of the cases are represented by the same law firms.  Given these factors, the court solicits input from the parties on how they believe the cases should be managed prior to trial.

IT IS THEREFORE ORDERED that counsel confer across all cases and then jointly file a report by **February 16, 2021,** addressing their respective positions about whether the cases should be consolidated (or at least coordinated) for discovery purposes and whether discovery should be stayed until Judge Broomes has decided motions to dismiss pending in six of the cases.

Dated February 2, 2021, at Kansas City, Kansas.

     s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge